GROOVER *v.* HEALD.

HILL, J. Construing together the petition and the amendment, a purpose to execute a deed in order to defeat creditors was shown; and the court did not err in sustaining the demurrer and in dismissing the action. See *Tune* v. *Beeland,* 131 *Ga.* 528 (62 S. E. 976); *Anderson* v. *Anderson,* 150 *Ga.* 142, 146 (103 S. E. 160).

*Judgment affirmed. All the Justices concur.*

No. 9104. NOVEMBER 21, 1932.

*J. E. Craigmiles,* for plaintiff. *P. C. Andrews,* for defendant.